```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                              JUL - 8 2010

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY              DEPUTY
```

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No.: CR- 98-740-ABC
11 |                   Plaintiff,     ) ORDER OF DETENTION
12 | v.                               ) [Fed. R. Cim. P. 32.1(a)(6);
13 |                                  )  18 U.S.C. § 3143(a)]
14 |                   Defendant.     )
15 |_____)

16     The defendant having been arrested in this District pursuant to a warrant issued by
17 the United States District Court for the _Central District of California_ for alleged
18 violation(s) of the terms and conditions of his/her [probation] [supervised release]; and
19     The Court having conducted a detention hearing pursuant to Federal Rule of
20 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);
21     The Court finds that:
22 A.   (✓) The defendant has not met his/her burden of established by clear and
23     convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
24     3142(b) or (c). This finding is based on _immigration status;_
25     _insufficient bail resources_____
26     _____
27     _____
28     and/or

1  B.   ( ) The defendant has not met his/her burden of establishing by clear and
2       convincing evidence that he/she is not likely to pose a danger to the safety of any
3       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4       finding is based on: _____
5       _____
6       _____
7       _____
8
9       IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.
11
12  Dated: July 8, 2010                                    /s/ Alicia G. Rosenberg
                                                      ALICIA G. ROSENBERG
13                                                    United States Magistrate Judge